# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>  v.<br><br>EAST WEST SEAFOODS, LLC,<br><br>        Defendant. | Case No. 3:15-cr-00067-SLG-SAO |

## ORDER RE UNOPPOSED MOTION FOR ORDER TO PRODUCE DOCUMENTS TO UNITED STATES PROBATION OFFICE

Before the Court at Docket 129 is the Government's *Unopposed Motion for Order to Produce Documents to United States Probation Office*. Upon due consideration, the order is hereby GRANTED. IT IS ORDERED that the defendant, East West Seafoods, and the defendant's accountant, Forest Park Accounting Service, c/o Barbara Taylor, shall provide to the United States Probation Office by **April 10, 2023**, the following documents pertaining to East West Seafoods, LLC:

- Tax returns, 2018-present;
- Profit and loss reports, 2018-present; and
- Other reports or financial documents that would assist in determining an appropriate fine.

DATED this 5th day of April, 2023 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE